EXHIBIT B

# REPORT

## ON THE

# BIDEN LAPTOP

### Marco 🐬 Polo

REPORT ON THE BIDEN LAPTOP

| When | Where (Venue) | Who | What |
|---|---|---|---|
| 05/24/2018ff | C.D. Cal. | 1-424-644-5858 & yannanovavip@gmail.com | 18 USC §§ 1952(b)(i)(1), 1957(a) & CA PC § 647(b)(2) |

Hunter mistakenly overpaid a prostitute[989] and her Russian pimp. Chaos ensued. Believing his first attempt was unsuccessful, Hunter kept sending money to the pimp and the grand total ended up being approximately $25,000. Within hours, a former[990] SS Special Agent-in-Charge (SAIC) of the Los Angeles Field Office evidently ran interference[991] for Hunter. After getting calls from "DC" "every 10" because the conundrum was "linked to Celtic's [Joe's] account," the former agent became extremely persistent and eventually gained access to Hunter's hotel room. It is unclear what authority he—and another retired SS agent[992] who previously protected Joe named Dale Pupillo, who stated to *Marco Polo* that he was not involved in the incident—possessed to force the front desk personnel at The Jeremy hotel to give them the key to Hunter's room. Presumably to handle the fallout of Joe's finances being used to pay a Russian sex trafficker, Hunter tried to access an account that the Bidens inexplicably controlled at secure.login.gov. Within hours, the foreign pimp, who is also the former agent[993] for the LA-based operation Emerald Fantasy Girls Inc., sent $500 back to Hunter via Zelle.



Joe & Dale Pupillo

[989] "Yanna," archive.ph/l9axn & archive.ph/T7M2h

[990] "360 Group International Inc. hired Robert Savage III to be the company's chief executive, following 25 years that Savage spent in the Secret Service. He was most recently named special agent in charge of Los Angeles's field office." *See* Matthew Blake, "Beverly Hills Security Group Taps Secret Service Executive to CEO Post," *Los Angeles Business Journal*, May 2018, archive.ph/XBE5m

[991] "A few of the emails veered into … personal favors most Americans might not expect from the Secret Service." *See* John Solomon, "Secret Service says it doesn't have Hunter Biden emails from some years, his laptop says otherwise," *Just the News*, March 2022, archive.ph/YU5JU

[992] "Dale Pupillo," *College of Liberal Arts*, Purdue University, archive.ph/ghznz

[993] "Agent: Gulnora DJAMALITDINOVA - Emerald Fantasy Girls Inc.," *OpenCorporates*, archive.ph/PygTu

**SEX-RELATED CRIMES**                                                                                                      250

For the next two weeks, Hunter exchanged messages with the pimp[994] and sought to acquire the money he inadvertently overpaid to her. By 06/08/2018, Hunter was "so sick of" the ordeal[995] that he threatened the female by saying that it would be the "last time [he'd] ask" for her to return his cash.



[994] "PLB Management LLC vs DJAMALITDINOVA, Gulnora," *UniCourt*, July 2013, archive.ph/sCzwO
[995] Miranda DEVINE, "Did Joe inadvertently pay for Hunter Biden's wild night with a prostitute?" *New York Post*, June 2021, archive.ph/ooJ5H

**SEX-RELATED CRIMES**                                                                                             251